**Opinion issued January 14, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00251-CV

————————————

**MARK BROWN, Appellant**

**V.**

**STEVE MCCAIN, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-01952-A**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal, representing that

they have reached a settlement of the matter and requesting that we dismiss the

appeal with prejudice with each party bearing its own costs. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice, with costs taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(2). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.